Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
JAMES GORDLEY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES GORDLEY,<br><br>　　　　　Defendant. | Case No.: 2:22-CR-00058 TLN<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY CONDITIONS OF<br>PRETRIAL RELEASE** |

　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Etan Zaitsu, attorney for defendant James Gordley, and Alexis Klein, Assistant United States Attorney, that Condition #2 of defendant's Special Conditions of Release (ECF Dkt. No. 33) be amended to read as follows:

　　　"2.　　You must reside at a halfway house located at 111 Taylor Street, San Francisco, California, and comply with all of the rules of that facility. You must remain *at the halfway house as directed by Pretrial Services*, and you may only leave for medical appointments, substance abuse or mental health treatment appointments; attorney visits; court appearances; *employment purposes (with verification of employment being provided to Pretrial Services)*; or other activities as approved in advance by the pretrial services officer;"

　　　This modification is recommended by Pretrial Services due to Gordley's compliance with his initial 60-day lockdown period, and as an important step towards independent living.

**Stipulation For Modification of Pretrial Release Condition**

Accordingly, the parties respectfully request the Court adopt this proposed stipulation and order the "Modified Special Conditions Release," attached hereto, filed and made a part of the record herein.

IT IS SO STIUPULATED.

Dated:  May 31, 2022                              Respectfully submitted,

/s/ Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant
JAMES GORDLEY

Dated:  May 31, 2022                              /s/ Alexis Klein
ALEXIS KLEIN
Assistant U.S. Attorney

**Stipulation For Modification of Pretrial Release Condition**

**[PROPOSED] ORDER**

Based upon the foregoing stipulation of the parties, the recommendation by Pretrial Services, and good cause appearing, the Court orders the modification of Defendant's Special Conditions of Release as set forth above.  The Modified Special Conditions of Release is ordered filed and made part of the record.  All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

Dated: May 31, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

**Stipulation For Modification of Pretrial Release Condition**

## *MODIFIED* SPECIAL CONDITIONS OF RELEASE

Re: James Gordley
No.: 2:22-CR-00058 TLN
Date: April 1, 2022 (original)
Date: May 31, 2022 (modified)

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must reside at a halfway house located at 111 Taylor Street, San Francisco, California, and comply with all of the rules of that facility. You must remain at the halfway house as directed by Pretrial Services, and you may only leave for medical appointments, substance abuse or mental health treatment appointments; attorney visits; court appearances; employment purposes (with verification of employment being provided to Pretrial Services); or other activities as approved in advance by the pretrial services officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to the Eastern District of California and the Northern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

4

**Stipulation For Modification of Pretrial Release Condition**

9. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

10. You must not associate or have any contact with any co-defendants and/or any named unindicted co-conspirators unless in the presence of counsel; and

11. You must report any contact with law enforcement to your pretrial services officer within 24 hours.

**Stipulation For Modification of Pretrial Release Condition**