Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
JAMES GORDLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:22-CR-00058 TLN |
|---|---|
| Plaintiff, | **NOTICE OF MOTION OPPOSING PROPOSED PROTECTIVE ORDER AND TO COMPEL DISCOVERY PRODUCTION;** ~~**PROPOSED**~~ **ORDER** |
| v. | |
| JAMES GORDLEY, | |
| Defendant. | |

PLEASE TAKE NOTICE that defendant Reginald Thomas, by and through his undersigned counsel, will and hereby does oppose the proposed protective order (Dkt. 53) and moves move the Court to compel discovery.

This motion is based on the record and file in this case, the memorandum of points and authorities to be filed forthwith, any additional briefing as may be filed, and such evidence and argument as the Court may receive at the hearing on this motion.

Undersigned requests a briefing schedule as follows: defendant's Memorandum of Points and Authorities due June 22, 2022; government's response due July 6, 2022, defendant's reply due July 13, 2022; with the motion hearing on July 20, 2022.

Dated:  June 21, 2022                                        Respectfully submitted,

                                                              */s/ Etan Zaitsu*

1

**Defendant Gordley's Motion for Discovery**

|   |   |
|---|---|
| 1 | ETAN ZAITSU |
| 2 | Attorney for Defendant |
|   | JAMES GORDLEY |

### [~~PROPOSED~~] ORDER

Pursuant to the above filed Notice of Motion, the briefing schedule is ordered as follows: Defendant's Memorandum of Points and Authorities is due June 22, 2022; Government's response is due July 6, 2022; Defendant's reply is due July 13, 2022. The motion will be heard in court on July 20, 2022, at 2:00pm.

IT IS SO ORDERED

DATED: June 28, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Defendant Gordley's Motion for Discovery**