PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES GORDLEY,<br><br>    Defendant. | CASE NO. 2:22-CR-00058 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE:   July 20, 2022<br>TIME:   2:00 p.m.<br>COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant, James Gordley, by and through defendant's counsel of record, Etan Zaitsu, hereby stipulate as follows:

1. By previous order, a briefing schedule and hearing date were set regarding defendant's discovery motion. *See* ECF No. 57. Defendant's reply brief was ordered due July 13, 2022, and the hearing was scheduled for July 20, 2022. *Id.*

2. By this stipulation, the defense seeks a brief extension for the filing of their reply and the government has no objection. Accordingly, the parties request the defendant's reply brief be ordered due July 15, 2022, and the July 20 hearing be vacated and reset for July 22, 2022.

IT IS SO STIPULATED.

///

| | |
|---|---|
| Dated:  July 12, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ALEXIS KLEIN<br>ALEXIS KLEIN<br>Assistant United States Attorney |
| Dated:  July 12, 2022 | /s/ ETAN ZAITSU<br>ETAN ZAITSU<br>Counsel for Defendant<br>JAMES GORDLEY |

# [~~PROPOSED~~] ORDER

Based on the parties' stipulation, the defendant's reply brief is now ordered due July 15, 2022. The hearing on defendant's motion for discovery, previously scheduled for July 20, 2022, is hereby vacated and reset on July 22, 2022, at 2:00 p.m. before the Honorable Allison Claire.

IT IS SO FOUND AND ORDERED this 13th day of July, 2022.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE