Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
JAMES GORDLEY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>   v.<br><br>JAMES GORDLEY,<br><br>                   Defendant. | Case No.: 2:22-CR-00058 DJC<br><br>**ORDER** |

## ORDER

Based upon the submitted financial affidavit and *ex parte* representations of attorney Etan Zaitsu on behalf of his client, defendant James Gordley, and finding that the defendant qualifies for count-appointed representation, for good cause, the Court relieves Mr. Zaitsu as privately retained counsel and further appoints him to represent the defendant under the Criminal Justice Act.

IT IS SO ORDERED.

Dated:  July 11, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

**Order Appointing Counsel**