Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
JAMES GORDLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:22-CR-00058 DJC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |
| JAMES GORDLEY, | |
| Defendant. | |

The parties, through their respective counsel, Etan Zaitsu, attorney for defendant James Gordley, and Alexis Klein, Assistant United States Attorney, stipulate and agree with defendant's request to modify his housing condition of release as set forth below, and as such, request the Court find and adopt the following:

1. The defendant made his initial appearance on March 14, 2022, in the Northern District of California. The following week, Northern District Magistrate Ryu, pursuant to a $50,000 unsecured bond signed by defendant's father, ordered his release to Taylor Street Center halfway house in San Francisco on condition that he "remain at the Halfway House on lockdown except for: 1) medical, substance abuse, or mental health treatments; 2) attorney visits; 3) court appearances; 4) court-

        approved obligations; and 5) any other activities approved in advance by Pret. Svcs."
Dkt. 7, Transfer Documents at p.3.

2. At his initial appearance in the Eastern District of California on April 1, 2022, the Court ordered his continued release under the same conditions. Dkt. 31.

3. On May 31, 2022, Magistrate Peterson approved the parties' stipulation requesting that the "lockdown" provision be removed as a condition of release, and to add employment to the list of permissible reasons to leave the halfway house. Dkt. 49.

4. Pretrial Services reports that the defendant has maintained steady employment and has remained fully compliant with his conditions since his release. For these reasons, Pretrial Services also agrees with defendant's modification request because halfway housing is no longer necessary.

5. The parties, therefore, agree and stipulate to modifying condition #2 as follows:

> "2. You must reside at an address approved by Pretrial Services. You must not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;"

Accordingly, the parties respectfully request the Court adopt this proposed stipulation and order the "Second Amended Special Conditions of Release," attached hereto, filed and made a part of the record herein.

      IT IS SO STIUPULATED.

Dated: August 15, 2023                     Respectfully submitted,

                                                    /s/ Etan Zaitsu
                                                    ETAN ZAITSU
                                                    Attorney for Defendant
                                                    JAMES GORDLEY

Dated: August 15, 2023                     /s/ Alexis Klein
                                                    ALEXIS KLEIN
                                                    Assistant U.S. Attorney

**Stipulation For Modification of Pretrial Release Condition**

**ORDER**

Based upon the foregoing stipulation of the parties, the recommendation by Pretrial Services, and good cause appearing, the Court orders the modification of Defendant's Special Conditions of Release as set forth above. The Second Amended Special Conditions of Release is ordered filed and made part of the record. All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

Dated: August 15, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation For Modification of Pretrial Release Condition**

### *SECOND AMENDED* SPECIAL CONDITIONS OF RELEASE

Re: James Gordley
No.: 2:22-CR-00058 DJC
Date: April 1, 2022 (original)
Date: May 31, 2022 (amended)
Date: August 15, 2023 (amended)

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must reside at an address approved by Pretrial Services. You must not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to the Eastern District of California and the Northern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

4

**Stipulation For Modification of Pretrial Release Condition**

10. You must not associate or have any contact with any co-defendants and/or any named unindicted co-conspirators unless in the presence of counsel; and

11. You must report any contact with law enforcement to your pretrial services officer within 24 hours.

**Stipulation For Modification of Pretrial Release Condition**