# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. -2:22-CR-058-DJC-4 |
| ) | |
| James Gordley ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____James Gordley_____, have discussed with _____Kelsey Howard_____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following condition of release:   7. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used.

Replace with the following condition of release: You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used.

Reason for modification:    Mr. Gordley has no past or present issues with alcohol abuse.

Pretrial Services concurs with the modification.   All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   7-29-25      _____   8-4-2025
Signature of Defendant       Date           Signature of Pretrial Services Officer    Date

Based on the information provided by the Pretrial Services Officer, the United States does not object to the proposed modification.

_____       8/14/25
Signature of Assistant U.S. Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____       8/7/25
Signature of Defense Counsel    Date

I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety.

_____       7-29-25
Signature of Surety (Father)    Date

## ORDER OF THE COURT

[x] The above modification of conditions of release is ordered, to be effective on __August 14, 2025__

[ ] The above modification of conditions of release is *not* ordered.

Dated: August 14, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE