Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
JAMES GORDLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES GORDLEY,<br><br>　　　　　　　Defendant. | Case No.: 2:22-CR-00058 DJC<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

  The parties, defendant James Gordley through his court-appointed counsel, and the government through its counsel, hereby stipulate to and request that the sentencing date set for September 25, 2025, be continued to November 6, 2025, and that all filing due dates be moved consistent with the new sentencing date as detailed below.

  In support of this stipulation, the parties request that the Court find the following:

1. This Court previously set sentencing on September 25, 2025.
2. Mr. Gordley sat for his probation interview on August 7, 2025.
3. Probation subsequently released its Draft PSR on August 18, 2025. Neither party filed Informal Objections. Probation filed its Final PSR on September 9, 2025
4. Counsel for the defendant now requests additional time to hire several experts in preparation for sentencing. Defense counsel represents that there have been some challenges with respect to finding appropriate and qualified experts, some of which

1

**Stipulation and Order to Continue Sentencing**

appears due to the nationwide CJA pay freeze, which has frozen all payments to CJA attorneys and any experts they wish to hire until, at the earliest, October 1, 2025. Counsel believes that a continuance to November 6, 2025 is needed to ensure appropriate experts can be hired and for the experts to have the time they to provide the services for which they are hired.

5. Neither the government nor Probation are opposed.
6. The parties therefore request the Court approve the following sentencing schedule:

      Nov. 6:      New Sentencing Date
      Oct 30:      Reply
      Oct. 23:      Formal Objections

SO STIPULATED

Respectfully submitted,

Dated: September 9, 2025

    s/ETAN ZAITSU
ETAN ZAITSU
Attorney for the Defendant
JAMES GORDLEY

Dated: September 9, 2025

ERIC GRANT
United States Attorney

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

2

**Stipulation and Order to Continue Sentencing**

**ORDER**

For the reasons stated by the parties in the above stipulation, and good cause showing, the Defendant's sentencing hearing scheduled September 25, 2025, is hereby continued to November 6, 2025, at 9:00 AM, with all remaining filings due dates moved consistent with the parties' stipulated scheduled.

IT IS SO FOUND AND ORDERED this 12th day of November, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Sentencing**