Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
JAMES GORDLEY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-CR-00058 DJC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| JAMES GORDLEY, | |
| Defendant. | |

  The parties, defendant James Gordley through his court-appointed counsel, and the government through its counsel, hereby stipulate to and request that the sentencing date set for December 4, 2025, be continued to January 15, 2026, at 9:00 AM, and that all filing due dates be moved consistent with the new sentencing date as detailed below.

  In support of this stipulation, the parties request that the Court find the following:

1. Mr. Gordley sat for his probation interview on August 7, 2025.
2. Probation subsequently released its Draft PSR on August 18, 2025. Neither party filed Informal Objections. Probation filed its Final PSR on September 9, 2025.
3. On Sept. 15, 2025, upon stipulation and request, the Court continued sentencing to Nov. 6, 2025. At that time, defense counsel represented that he was facing certain challenges hiring experts for sentencing mitigation purposes.

1

**Stipulation and Order to Continue Sentencing**

4. Since that time, the Court has granted several continuances upon request and stipulation by the parties. Currently, counsel for the defendant is requesting one more continuance to January 15, 2026, so that defense experts can finish drafting their reports in preparation for sentencing.

5. The government is not opposed.

6. The parties therefore request the Court approve the following sentencing schedule:

   Jan. 15:    New Sentencing Date
   Jan. 8:     Reply
   Dec. 29:    Formal Objections

   SO STIPULATED

Respectfully submitted,

Dated: Dec. 1, 2025

    s/ETAN ZAITSU
ETAN ZAITSU
Attorney for the Defendant
JAMES GORDLEY

Dated: Dec. 1, 2025

ERIC GRANT
United States Attorney

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

**Stipulation and Order to Continue Sentencing**

**ORDER**

For the reasons stated by the parties in the above stipulation, and good cause showing, the Defendant's sentencing hearing scheduled December 4, 2025, is hereby continued to January 15, 2026, at 9:00 AM, with all remaining filings due dates moved consistent with the parties' stipulated scheduled.

IT IS SO FOUND AND ORDERED this 2nd day of December, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Sentencing**