Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
JAMES GORDLEY

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:    2:22-CR-00058-DJC-4 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| JAMES GORDLEY, | |
| Defendant. | |

1

STIPULATION AND ORDER TO CONTINUE SENTENCING

The parties, defendant James Gordley through his court-appointed counsel, and the government through its counsel, hereby stipulate to and request that the sentencing date set for January 15, 2026, be set to February 12, 2026, at 9:00 AM. and that all filing due dates be moved consistent with the new sentencing date as detailed below. Counsel for the defendant represents that he received both the psychological evaluation and the mitigation report last week and needs additional time to review before submitting the defendant's sentencing memorandum. The government is unopposed this request.

SO STIPULATED.

Dated:  February 12, 2025

s/ETAN ZAITSU
ETAN ZAITSU
Attorney for the Defendant
JAMES GORDLEY

Dated:  January 12, 2025

ERIC GRANT
United States Attorney

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

STIPULATION AND ORDER TO CONTINUE SENTENCING

**ORDER**

For the reasons stated by the parties in the above stipulation, and good cause showing, the Defendant's sentencing hearing scheduled January 15, 2026, is hereby continued to February 12, 2026, at 9:00 AM, with all remaining filings due dates moved consistent with the parties' stipulated scheduled. The Court further orders all parties to appear on this date.

IT IS SO FOUND AND ORDERED this 12th day of January 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE SENTENCING