Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
JAMES GORDLEY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JAMES GORDLEY,<br><br>                    Defendant. | Case No.: 2:22-CR-00058 DJC<br><br>**ORDER** |

Pursuant to Local Rule 141 and based upon the representations contained in the Defendant's Request to Seal, and because the Court finds that there are compelling reasons for sealing Exhibit A and to permit redactions to Exhibit B in support of the Defendant's sentencing mitigation arguments at his sentencing hearing scheduled February 12, 2026, IT IS HEREBY ORDERED that Defendant's Exhibit A shall be sealed and that Exhibit B shall be filed with redactions until further order of the Court.

It is further ordered that access to the sealed and unredacted documents shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and U.S. Probation.

Dated:  February 10, 2026          /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE

**Order**